JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| JOSE AMADOR JACOBO,<br><br>Plaintiff,<br><br>v.<br><br>GURPAL KAUR d/b/a HOLIDAY LIQUOR; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case № 2:18-CV-07503-ODW (MRWx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The Court, having considered the parties' Joint Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice Plaintiff's Complaint in the above-entitled action. Each party shall bear its own costs and attorneys' fees. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

March 5, 2019

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**